[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10142

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:08-cv-02838-RWS

SANDRA W. JANSKY,

Plaintiff - Appellee,

versus

SUNTRUST BANKS, INC.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 1, 2011)

Before BLACK and HULL, Circuit Judges, and HOWARD,* District Judge.

PER CURIAM:

After reviewing the briefs and with the benefit of oral argument, we affirm

_____

*Honorable Marcia Morales Howard, United States District Judge for the Middle District of Florida, sitting by designation.

the district court's orders dated September 18, 2009 and December 10, 2009. Among other conclusions, we find Appellant SunTrust Banks, Inc. has not shown that the district court's findings of fact are clearly erroneous in any regard. After de novo review, we also find there is no reversible error in the district court's legal conclusions under Georgia law.

**AFFIRMED**.